UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCY RAICH,                ) | |
|     *Plaintiff*,                ) | Civil Action No. 17-0753 (RBW) |
|                     ) | |
| v.                ) | |
|                     ) | |
| SONNY PERDUE, in his official capacity,                ) | April 8, 2018 |
| SECRETARY OF AGRICULTURE                ) | |
|     *Defendant*.                ) | |

## MOTION TO WITHDRAW

The undersigned counsel entered this case for the limited purpose of amending Plaintiff's complaint. The amendment now complete, the undersigned respectfully moves that the court grant his withdrawal. The undersigned certifies, in accordance with Local Rule 83.6(c), that on April 8, 2018 16, 2017, that he sent Plaintiff this motion by U.S. Mail to her last known address of 55 Oak Ridge Drive Sharpsburg, GA 30277, advised her of his withdrawal, and notified her to either have a new counsel enter an appearance or to advise the Clerk that she will be proceeding *pro se* within seven days of service of this motion. Hopefully, the parties will mediate and settle this case.

    Respectfully Submitted,

      /S/   *Glenn Stephens*   4/08/2017
    Glenn Stephens Ph.D., Esq.
    Bar No. # 472780
    Federal Employees Defense, LLC
    1725 I Street NW, Suite 300
    Washington, DC 20006
    202-258-6521
    Drghs3@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARCY RAICH,** | ) | |
|     *Plaintiff*, | ) | **Civil Action No. 17-0753 (RBW)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SONNY PERDUE, in his official capacity,** | ) | April  , 2018 |
| **SECRETARY OF AGRICULTURE** | ) | |
|     *Defendant*. | ) | |
| | ) | |

    **AND NOW**, this _____ day of _____, upon consideration of the Motion to Withdraw, IT IS HEREBY ORDERED, is GRANTED.

    _____