UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARCY RAICH,                        )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    Civil Action No. 17-753 (RBW)
                                    )
SONNY PERDUE,                       )
                                    )
            Defendant.              )
_____)

## ORDER

On April 6, 2018, the Court issued an Order directing Glenn H. Stephens, the plaintiff's former counsel in this matter, to

> show cause . . . as to why the Court should not hold him in contempt given that (1) he entered an appearance in this case without requesting the Court's permission after the Court granted [his] motion to withdraw after determining that his representation of the plaintiff raised ethical issues, and (2) after entering an appearance, [he] failed to appear for the April 6, 2018 status conference.

Order at 1–2 (Apr. 6, 2018), ECF No. 34.

Stephens failed to respond to the Court's Order to show cause, but did file a motion to withdraw as counsel for the plaintiff. See Motion to Withdraw (Apr. 8, 2018), ECF No. 36. Thereafter, on April 19, 2018, the Court issued an Order granting Stephens's motion to withdraw and directing him to "respond to the Court's April 6, 2018 Order to Show Cause and to the plaintiff's allegation that he filed an amended complaint on the plaintiff's behalf without her authorization." Order at 2 (Apr. 19, 2018), ECF No. 38. "The Court caution[ed] Stephens that failure to properly respond could result in the imposition of sanctions." Id. After Stephens again failed to respond to the Court's Order to show cause, on May 4, 2018, the Court ordered the Clerk of the Court to mail a copy of the April 6, April 19, and May 4, 2018 Orders to Stephens's

physical and e-mail addresses, and ordered "that if Stephens d[id] not respond to th[e] Order[s] on or before May 11, 2018, sanctions w[ould] be imposed."  Order at 1 (May 4, 2018), ECF No. 39.  Once again, Stephens failed to respond to the Court's Order.

Therefore, given Stephens's failures to respond to the Court's Orders issued on April 6, April 19, and May 4, 2018, it is hereby

**ORDERED** that Glenn H. Stephens is **HELD IN CONTEMPT** of this Court.  It is further

**ORDERED** that Stephens must pay to the Clerk of the Court $1,000 on or before June 29, 2018.  It is further

**ORDERED** that, if Stephens does not timely pay the $1,000 as ordered by the Court, he must pay an additional $1,000 per day thereafter until the Court's monetary sanction is satisfied.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to Glenn H. Stephens, 6625 Colton Crawford Circle, Unit 108, Falls Church, Virginia  22042, and e-mail him a copy of this Order at gonzalesstephenslaw@gmail.com.[1]  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff at 55 Oak Ridge Drive, Sharpsburg, GA 30277.

**SO ORDERED** this 30th day of May, 2018.

REGGIE B. WALTON<br>United States District Judge

---

[1] These addresses were provided to the Court by the District of Columbia Office of Disciplinary Counsel.